IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CRIMINAL NO. 19-30123-SMY |
| vs. ) | Title 18, United States Code, Section 2252A(a)(2)(B) |
| LARRY W. MCDANIEL, ) | |
| Defendant. ) | |

**FILED SEP 18 2019**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about February 2, 2019, in St. Clair County, Illinois, which is within the Southern District of Illinois,

**LARRY W. MCDANIEL,**

defendant herein, did knowingly distribute visual depictions containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including, but not limited to, the following: video file "cp_tvg_13_bond_10-11-12yo_childlover_little_collection_ video_0039_ girlvicky_string_bikini_pthc_11yo_pedofilia.mpg", which depicts sexually explicit conduct, that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(2)(B) & (b).

## COUNT 2

## RECEIPT OF CHILD PORNOGRAPHY

On or about December 26, 2017, in Madison County, Illinois, which is within the Southern District of Illinois,

**LARRY W. MCDANIEL,**

defendant herein, did knowingly receive visual depictions containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including but not limited to the following: video file "LolitasHouse-ScrtArea_043_Vika.avi", which depicts sexually explicit conduct, that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(2)(B) & (b)(1).

## FORFEITURE ALLEGATION

Upon conviction for the offenses charged defendant, **LARRY W. MCDANIEL**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all material that contained any images of child pornography and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the aforementioned offenses.

The property that is subject to forfeiture referred to above includes, but is not limited to, the following items all seized from the residence of **LARRY W. MCDANIEL**:

1) A 1 Terabyte Seagate hard disk drive, serial number Z9ABSR6Z.;

2) A Samsung Galaxy J7V cellular phone, serial number R58KC3NCE7T.

A TRUE BILL

*[signature]*
CHRISTOPHER R. HOELL
Assistant United States Attorney

*[signature]*
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: $10,000